# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

In Re:  Edward Lev
Debtor

                                    Case No.: 05−35847−DHS
                                    Chapter 7

Gary S Jacobson
Plaintiff

v.

Bruce Jacobson
Defendant

Adv. Proc. No. 06−02945−DHS                    Judge: Donald H. Steckroth

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on January 23, 2008, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 43 − 35
Opinion (related document:[35] Motion to Quash Subpoena and for a Protective Order filed by Defendant Bruce Jacobson).. The following parties were served: Plaintiff, Plaintiff's Attorney, Defendant, Defendant's Attorney. Signed on 1/23/2008 (zlh, )

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: January 23, 2008
JJW: zlh

                                                                                     James J. Waldron
                                                                                     Clerk